**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-01975-BNB
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

DAVID FLOOD,

      Plaintiff,

v.

JESSICA JONES, and
DOUGLAS K. WILSON,

      Defendants.

---

**ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES**

---

Plaintiff, David Flood, currently is detained at the Adams County Detention Facility in Brighton, Colorado.  Plaintiff, acting *pro se*, initiated this action by filing a Notice of Intent to file a civil complaint against named defendants.

**28 U.S.C. § 1915 Motion and Affidavit**:

| | | |
|---|---|---|
| (1) | _X_ | is not submitted |
| (2) | ___ | is missing affidavit |
| (3) | _X_ | is missing certified copy of prisoner's trust fund statement **for the 6-month period immediately preceding this filing** |
| (4) | ___ | is missing certificate showing current balance in prison account |
| (5) | ___ | is missing required financial information |
| (6) | ___ | is missing an original signature by the prisoner |
| (7) | ___ | is not on proper form (must use the court's current form for filing prisoner complaints) |
| (8) | ___ | names in caption do not match names in caption of complaint, petition or habeas application |
| (9) | ___ | An original and a copy have not been received by the court.  Only an original has been received. |
| (10) | ___ | other: |

**Complaint, Petition or Application**:

(11)  X    is not submitted (PRISONER COMPLAINT)
(12)  ___  is not on proper form (must use the court's current form)
(13)  ___  is missing an original signature by the prisoner
(14)  ___  is missing page nos. ___
(15)  ___  uses et al. instead of listing all parties in caption
(16)  ___  An original and a copy have not been received by the court. Only an original has been received.
(17)  ___  Sufficient copies to serve each defendant/respondent have not been received by the court.
(18)  ___  names in caption do not match names in text
(19)  ___  other:

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty days from the date of this Order**. Any papers that Plaintiff files in response to this Order must include the civil action number on this Order. It is

FURTHER ORDERED that Plaintiff shall obtain the Court-approved forms used in filing a Prisoner Complaint and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov. It is

FURTHER ORDERED that if Plaintiff fails to cure the designated deficiencies **within thirty days from the date of this Order** the action will be dismissed without further notice.

DATED: July 30, 2012, at Denver, Colorado.

BY THE COURT:

s/Boyd N. Boland
United States Magistrate Judge