IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01975-LTB

DAVID FLOOD,

    Plaintiff,

v.

JESSICA JONES, and
DOUGLAS K. WILSON,

    Defendants.

## JUDGMENT

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, District Judge, on September 5, 2012, it is hereby

ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

DATED at Denver, Colorado, this 5 day of September, 2012.

FOR THE COURT,

JEFFREY P. COLWELL, Clerk

By: s/L. Gianelli
    Deputy Clerk